```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0267--CV (JKS)
              "USA V $93,000 IN U.S. CURRENCY ET AL"

     Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(12)
             Filed: 11/14/05
            Closed: NO

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (625) Drug Related Seizure of Property
                   21:881(A)(B)
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Waived
          Trial by:
```

Parties of Record:                               Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | UNITED STATES OF AMERICA | James N. Barkeley<br>U.S Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |
| DEF 1.1 | $93,000.00 IN U.S. CURRENCY | No counsel found for this party! |
| DEF 2.1 | $6,324.40 HELD IN WELLS FARGO BANK ACCOUNT NO. 1013062045 | No counsel found for this party! |
| DEF 3.1 | $3,413.63 HELD IN ENSTAR NATURAL GAS CO ACCT NO. 5870158 | No counsel found for this party! |
| DEF 4.1 | $507.52 HELD IN FIRST NATIONAL BANK OF AK ACCT NO. 70127683 | No counsel found for this party! |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE A05-0267--CV (JKS)
                         "USA V $93,000 IN U.S. CURRENCY ET AL"

                                  For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(12)
             Filed: 11/14/05
            Closed: NO

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (625) Drug Related Seizure of Property
                    21:881(A)(B)
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Waived
          Trial by:


 Document #   Filed     Docket text

     1 -  1  11/14/05   Verified Complaint for forfeiture filed w/att exhs.

     2 -  1  11/14/05   PLF 1 motion (request) for judicial issuance of in rem warrant of arrest

     3 -  1  11/15/05   JKS Minute Order that case referred to MJ Roberts per MJ Rule 4 and 5.
                        cc: cnsl, MJ Roberts

  NOTE -  1  11/16/05   Issued: In Rem Warrant of Arrest re Def property.

     2 -  2  11/16/05   JDR Order granting motion (request) for judicial issuance of in rem
                        warrant of arrest (2-1).  cc: AUSA, USM, W. Bryson
```