FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 15 PM 2: 16

William P Bryson
Law Office of William P Bryson
1015 West Seventh Avenue
Anchorage, Alaska 99501
907-276-8611

Attorney for Defendant John Robert Shook

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | A-05-267 CV (JKS) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| $93,000.00 IN UNITED STATES ) | |
| CURRENCY, $6,324.40 HELD IN ) | |
| WELLS FARGO BANK ACCOUNT ) | |
| NUMBER 1013062045, $3,413.63 ) | |
| HELD IN ENSTAR NATURAL GAS ) | |
| COMPANY ACCOUNT NUMBER ) | |
| 5870158, AND $507.52 HELD IN ) | |
| FIRST NATIONAL BANK ALASKA ) | |
| ACCOUNT NUMBER 70127683, ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF CLAIM

TO: THE UNITED STATES OF AMERICA, Plaintiff, and

TO: TIMOTHY M. BURGESS, United States Attorney, and

JAMES BARKELEY, Assistant United States Attorney;

YOU WILL PLEASE TAKE NOTICE that John Robert Shook is the owner of, and

hereby claims an interest in and to, the properties which are the subjects of this action.



LAW OFFICE OF
WILLIAM P. BRYSON
1015 W. SEVENTH AVENUE
ANCHORAGE, ALASKA 99501
(907) 276-8611

Dated this 14th day of December, 2005, at Anchorage, Alaska.

        LAW OFFICE OF WILLIAM P. BRYSON
        Attorney for Defendant John Robert Shook

        By: *[signature]*
        William P. Bryson
        AK Bar No. 7705008

JOHN ROBERT SHOOK declares under penalty of perjury that he has read the above and foregoing Notice of Claim, knows the contents thereof, and certifies that the same is true and correct.

DATED this 14th day of December, 2005.

        *[signature]*
        John Robert Shook

**ACKNOWLEDGMENT**

STATE OF ALASKA     )
                               ) ss:
THIRD JUDICIAL DISTRICT )

SUBSCRIBED AND SWORN to before me on the 14th day of December, 2005, at Anchorage, Alaska.

        *[signature]*
        Notary Public in and for the State of Alaska
        My Commission Expires: 5/1/06

        *State of Alaska*
        **NOTARY PUBLIC**
        **Teresa Mata**
        My Commission Expires May 01, 2006

CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2005, a copy of the foregoing document was served by hand on:

US Attorney's Office
222 W 7th Avenue, Rm 253
Anchorage, Alaska 99513

By: /s/ Wm P Bryson
William P Bryson

LAW OFFICE OF
WILLIAM P. BRYSON
1015 W. SEVENTH AVENUE
ANCHORAGE, ALASKA 99501
(907) 276-8611