IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**$93,000.00 IN U.S. CURRENCY, et al.,**

    **Defendants.**
                                CASE NO. 3:05-CV-00267-JKS

## NOTICE OF NON-REPRESENTATION

      I, Charles A. Dunnagan, have been appointed Trustee for the purpose of winding up William Bryson's law practice. Although I am knowledgeable concerning some of Mr. Bryson's cases and clients, I have not undertaken to represent any of his former clients with respect to their criminal or civil concerns. This should put the Court and parties on notice that I do not represent any party defendant in the above-captioned proceeding.

JERMAIN, DUNNAGAN & OWENS, P.C.

Date: March 7, 2006

s/ Charles A. Dunnagan
3000 A Street, Ste. 300
Anchorage, AK 99503
Phone: (907) 563-8844
Fax: (907) 563-7322
E-mail: cdunnagan@jdolaw.com
AK Bar No. 7605026

CERTIFICATE OF SERVICE
I hereby certify that on March 7, 2006,
a true and correct copy of the foregoing
Notice of Non-Representation was served
electronically on the following counsel of record:

s/James N. Barkeley; Kristine O'Neill;
Katie Voke

s/ Charles A. Dunnagan