# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| U.S.A. | 3:05-CV-267-JKS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $93,000.00 in U.S. Currency, et al. | Service |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

$93,000.00 in U.S. Currency

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Katie Voke
U.S. Attorney's Office
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 5
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve the attached Request for Issuance of In Rem Warrant & order granting such, on the above-referenced asset, & file proof of service with the Court.
(CATS ID #

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Katie Voke*
TELEPHONE NUMBER: 907-271-2304
DATE: 2/21/06

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No. 6
District to Serve No. 6
Signature of Authorized USMS Deputy or Clerk
Date: 2/27/06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service: 3/3/06
Time: 5:00 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:**

Seized $93,000.00 as A05-267 on 3/3/06.

**PRIOR EDITIONS MAY BE USED**        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| U.S.A. | 3:05-CV-267-JKS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $93,000.00 in U.S. Currency, et al. | Service |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

$507.52 in U.S. Currency held in First National Bank Alaska

AT — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) Account No

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Katie Voke
U.S. Attorney's Office
222 W. 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567

| Number of process served with this | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve the attached Request for Issuance of In Rem Warrant, and Order granting such, on the above-referenced Asset, & file proof of service with the Court.

CATS ID#

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

Katie Voke    TELEPHONE NUMBER 907-271-7304    2/21/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 3/27/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address (complete only if different than shown above) | Date of Service 3/3/06 | Time 5:00 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS: Seized $507.52 as A05-267 on 3/3/06.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>U.S.A. | COURT CASE NUMBER<br>3:05-CV-267-JKS |
|---|---|
| DEFENDANT<br>$93,000.00 in U.S. Currency, et Al. | TYPE OF PROCESS<br>Service |

**SERVE ➤ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$6,324.40 Held in Wells Fargo Bank Acct. \

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Katie Voke
U.S. Attorney's Office
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

Number of p served with
Number of served in th
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve the Attached Request for Issuance of In Rem Warrant & Order granting such, on the Above-Referenced Asset, & file proof of service with the Court.
CATS ID #

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Katie Voke
TELEPHONE NUMBER: 907-271-2304
DATE: 2/21/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. 6 | District to Serve<br>No. 6 | Signature of Authorized USMS Deputy or Clerk | Date<br>2/27/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3/3/06   Time: 5:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

Seized $6,324.40 as A05-267 on 3/3/06.

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| U.S.A. | 3:05-CV-267-JKS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $93,000.00 in U.S. Currency, et Al. | Service |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

$3,413.63 held in Enstar Natural Gas Co. Acct. N

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Katie Voke
U.S. Attorney's Office
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

- Number of process to be served with this Form - 2
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve the attached Request for Issuance of In Rem Warrant & order granting such, on the above-referenced Asset, & file proof of service with the Court.
CATS ID#

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 907-271-2304    DATE: 2/24/06

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 2/27/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3/3/06    Time: 5:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

**REMARKS:**

Seized $3,413.63 as A05-267 on 3/3/06.

---

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

RECEIVED
U.S. MARSHALS SERVICE
ALASKA

2005 NOV 16 AM 10: 48



TIMOTHY M. BURGESS
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. **A 05-267. CV** |
| ) | |
| Plaintiff, ) | **IN REM WARRANT OF ARREST** |
| ) | |
| v. ) | |
| ) | |
| $93,000.00 IN UNITED STATES ) | |
| CURRENCY, $6,324.40 HELD IN ) | |
| WELLS FARGO BANK ACCOUNT ) | |
| NUMBER           413.63 ) | |
| HELD IN ENSTAR NATURAL GAS ) | |
| COMPANY ACCOUNT NUMBER ) | |
|           AND $507.52 HELD IN ) | |
| FIRST NATIONAL BANK ALASKA ) | |
| ACCOUNT NUMBER | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**TO:   THE UNITED STATES MARSHALS SERVICE FOR THE
        DISTRICT OF ALASKA:**

WHEREAS, a Verified Complaint for Forfeiture was filed in the United States

District Court for the District of Alaska, alleging that the Defendant Property, $93,000.00 IN

UNITED STATES CURRENCY, $6,324.40 HELD IN WELLS FARGO BANK ACCOUNT

NUMBER          $3,413.63 HELD IN ENSTAR NATURAL GAS ACCOUNT NUMBER         , AND $507.52 HELD IN FIRST NATIONAL BANK ALASKA ACCOUNT NUMBER          constitutes moneys or other things of value furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, and moneys used or intended to be used to facilitate violations of 21 U.S.C. §§ 846 and 841, et seq., and is, therefore, forfeitable to the United States of America, pursuant to 21 U.S.C. § 881(a)(6).

AND, the Court being satisfied that based upon the Verified Complaint for Forfeiture and the exhibits attached thereto, there is probable cause to believe that the above-described Defendant Property constitutes moneys or other things of value furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, and moneys used or intended to be used to facilitate violations of 21 U.S.C. §§ 846 and 841, et seq., and is subject to arrest and forfeiture under 21 U.S.C. § 881(a)(6), and that grounds for application for issuance of a warrant of arrest in rem exist, title having vested in the United States by operation of law. 18 U.S.C. § 981(f).

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the Defendant Property.

YOU ARE FURTHER ORDERED to maintain custody of the Defendant Property as provided by 18 U.S.C. §§ 981(c) and (d) and 19 U.S.C. §1605 until further order of this Court, respecting the same. The United States Marshals Service shall use its discretion and

2

whatever means appropriate to protect, maintain and exercise dominion and control over the Defendant Property, and to bring it before this Court pursuant to 28 U.S.C. § 1355(d).

YOU ARE ALSO COMMANDED to serve upon the owner of record of the Defendant Property, a copy of this Warrant in a manner consistent with the principles of service of process of an action in rem under the Supplemental Rules for Certain Admiralty and Maritime Claims and the Federal Rules of Civil Procedure, within a reasonable time of arrest. AND UPON APPLICATION of the Plaintiff, United States of America, and pursuant to the All Writs Act, 28 U.S.C. § 1651(a), the Court shall issue any order necessary to effectuate and prevent the frustration of the execution of this Warrant.

YOU ARE ALSO COMMANDED to give due notice to all persons and entities having an interest in the Defendant Property under arrest by publication in a newspaper of general circulation in the judicial district where the Defendant Property was arrested.

A RETURN of this Warrant shall be promptly made to the Court identifying the individuals upon whom copies were served and the manner employed, and a statement as to the satisfaction of the orders herein issued.

All persons claiming an interest in the Defendant Property must file a verified statement identifying the interest or right with the Clerk of Court, United States District Court, District of Alaska, 222 West 7th Avenue, #4, Anchorage, Alaska, 99513-7564, within 30 days after the earlier of receiving actual notice of execution of process or completed publication of notice, pursuant to Rule C of the Supplemental Rules for Certain Admiralty

3

and Maritime Claims. Also pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, persons claiming an interest in the Defendant Property shall serve and file their answers within 20 days after the filing of the statement of interest with the Clerk of Court, United States District Court, with a copy thereof sent to Assistant United States Attorney James Barkeley, United States Attorney's Office, 222 West 7th Avenue, #9, Room 253, Anchorage, Alaska 99513-7567.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602–1619, and Title 21, United States Code of Federal Regulations, Sections 1316.71–1316.18.

DATED this 15th day of November, 2005 in Anchorage, Alaska.

**REDACTED SIGNATURE**

**JOHN D. ROBERTS**
*U.S. Magistrate Judge*

4