DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cv-267-JKS |
| | ) | |
| Plaintiff, | ) | **NOTICE OF PROOF OF SERVICE** |
| | ) | **AS TO DEFENDANTS** |
| v. | ) | |
| | ) | |
| $93,000.00 IN UNITED STATES | ) | |
| CURRENCY, $6,324.40 HELD IN | ) | |
| WELLS FARGO BANK ACCOUNT | ) | |
| NUMBER 1013062045, $3,413.63 | ) | |
| HELD IN ENSTAR NATURAL GAS | ) | |
| COMPANY ACCOUNT NUMBER | ) | |
| 5870158, AND $507.52 HELD IN | ) | |
| FIRST NATIONAL BANK ALASKA | ) | |
| ACCOUNT NUMBER 70127683, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW plaintiff United States of America, by and through counsel, and hereby

submits proof of service pursuant to the Court's Order of February 21, 2006 (docket 11).

Attached hereto (Exhibit 1) are four United States Marshals Service Form USM-285–Process

Receipt and Returns, all signed on March 3, 2006 by Anh Tu of the U.S. Marshals Service in Los Angeles, attesting to the service of the In Rem Warrant of Arrest on the above-referenced in rem defendants. The defendant property remains in the custody of the U.S. Marshals Service.

DATED this 21st day of March, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**
I hereby certify that on March 6, 2006, a true and correct copy
of the foregoing NOTICE OF PROOF OF SERVICE was served
via Certified U.S. Mail, Return Receipt Requested, on:

| | |
|---|---|
| MICHAEL LEE HAMILTON<br>9345 Sun Valley Drive<br>Wasilla, AK 99654 | JOHN ROBERT SHOOK<br>9345 Sun Valley Drive<br>Wasilla, AK 99654 |
| MICHAEL LEE HAMILTON<br>P.O. Box 520651<br>Big Lake, AK 99652 | JOHN ROBERT SHOOK<br>P.O. Box 520651<br>Big Lake, AK 99652 |

s/James Barkeley