DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cv-267-JKS |
| ) | |
| Plaintiff, ) | **UNITED STATES' MOTION FOR** |
| ) | **EXTENSION OF TIME TO FILE** |
| v. ) | **PROOF OF PUBLICATION** |
| ) | |
| $93,000.00 IN UNITED STATES ) | |
| CURRENCY, $6,324.40 HELD IN ) | |
| WELLS FARGO BANK ACCOUNT ) | |
| NUMBER 1013062045, $3,413.63 ) | |
| HELD IN ENSTAR NATURAL GAS ) | |
| COMPANY ACCOUNT NUMBER ) | |
| 5870158, AND $507.52 HELD IN ) | |
| FIRST NATIONAL BANK ALASKA ) | |
| ACCOUNT NUMBER 70127683, ) | |
| ) | |
| Defendants. ) | |
| ) | |

COMES NOW plaintiff United States of America, by and through counsel, and hereby respectfully requests an extension of time until April 12, 2006, by which the government must submit proof of publication of the forfeiture notice in this case.

On January 17, 2006, this office requested the United States Marshals Service (USMS) to publish the forfeiture notice in the Frontiersman newspaper in Wasilla, once a week for three consecutive weeks. See Form USM-285–Process Receipt and Return (Exhibit 1). According to Anh Tu, USMS in Los Angeles, publication in this case was completed on March 12, 2006. As of today, Ms. Tu anticipates receiving the affidavit of publication from the newspaper within two weeks, at which time she will file such proof of publication with the Court.

The United States now respectfully moves the Court for an order extending the time by which to submit proof of publication for 21 days, or until April 12, 2006.

DATED this 22nd day of March, 2006 in Anchorage, Alaska.

                    DEBORAH M. SMITH
                    Acting United States Attorney

                    s/James Barkeley
                    JAMES BARKELEY
                    Assistant U. S. Attorney
                    Federal Building & U.S. Courthouse
                    222 W. 7th Avenue, #9, Rm. C-253
                    Anchorage, AK  99513-7567
                    Phone: (907) 271-3699
                    Fax: (907) 271-1500
                    Email: jim.barkeley@usdoj.gov
                    Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2006, a true and correct copy of the foregoing UNITED STATES' MOTION FOR EXTENSION OF TIME TO FILE PROOF OF PUBLICATION was served via Certified U.S. Mail, Return Receipt Requested, on:

| | |
|---|---|
| MICHAEL LEE HAMILTON<br>9345 Sun Valley Drive<br>Wasilla, AK 99654 | JOHN ROBERT SHOOK<br>9345 Sun Valley Drive<br>Wasilla, AK 99654 |
| MICHAEL LEE HAMILTON<br>P.O. Box 520651<br>Big Lake, AK 99652 | JOHN ROBERT SHOOK<br>P.O. Box 520651<br>Big Lake, AK 99652 |

s/James Barkeley