IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cv-267-JKS |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| $93,000.00 IN UNITED STATES CURRENCY, $6,324.40 HELD IN WELLS FARGO BANK ACCOUNT NUMBER 1013062045, $3,413.63 HELD IN ENSTAR NATURAL GAS COMPANY ACCOUNT NUMBER 5870158, AND $507.52 HELD IN FIRST NATIONAL BANK ALASKA ACCOUNT NUMBER 70127683, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY ORDERED that the United States' Motion for Extension of Time to File Proof of Publication, filed March 22, 2006, is GRANTED.

Accordingly, the deadline for the government to file proof of publication of the forfeiture notice is April 12, 2006.

DATED:_____

_____
HON. JAMES K. SINGLETON, JR.
United States District Court