DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cv-267-JKS |
| | ) | |
| Plaintiff, | ) | **NOTICE OF PROOF OF** |
| | ) | **PUBLICATION** |
| v. | ) | |
| | ) | |
| $93,000.00 IN UNITED STATES | ) | |
| CURRENCY, $6,324.40 HELD IN | ) | |
| WELLS FARGO BANK ACCOUNT | ) | |
| NUMBER 1013062045, $3,413.63 | ) | |
| HELD IN ENSTAR NATURAL GAS | ) | |
| COMPANY ACCOUNT NUMBER | ) | |
| 5870158, AND $507.52 HELD IN | ) | |
| FIRST NATIONAL BANK ALASKA | ) | |
| ACCOUNT NUMBER 70127683, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

  COMES NOW plaintiff United States of America, by and through counsel, and hereby submits proof of publication of the notice of forfeiture in a newspaper of general circulation in the judicial district where the property was seized, as required by Rule C(4) of the

Supplemental Rules for Certain Admiralty and Maritime Claims.  Attached hereto as Exhibit 1 is the Frontiersman Affidavit of Publication attesting to the publication on February 21, 28, and March 7, 2006, together with a photocopy of the published advertisement.

Respectfully submitted this 25th day of April, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2006, a true and correct copy
of the foregoing NOTICE OF PROOF OF SERVICE was served
electronically on:

CHARLES A. DUNNAGAN  (Trustee Counsel for Michael Hamilton & John Shook)
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/James Barkeley