# Frontiersman

*Growing with the Valley since 1947.*

5751 East Mayflower Court                                         Wasilla, AK 99654
(907) 352-2250                (907) 694-6318                      (907) 352-2277 Fax

## AFFIDAVIT OF PUBLICATION

UNITED STATES OF AMERICA, STATE OF ALASKA, THIRD DIVISION

BEFORE ME, THE UNDERSIGNED, A NOTARY PUBLIC, THIS DAY

PERSONALLY APPEARED BEFORE **SUZANNE ICKES** WHO, BEING FIRST

DULY SWORN, ACCORDING TO LAW, SAYS THAT SHE IS THE

LEGAL AD CLERK OF THE **FRONTIERSMAN** PUBLISHED AT

WASILLA, IN SAID DIVISION THREE AND STATE OF ALASKA AND

THAT THE ADVERTISEMENT, OF WHICH THE ANNEXED IS A TRUE

COPY, WAS PUBLISHED ON THE FOLLOWING DAYS:

**February 21, 28 March 7, 2006**

AND THAT THE RATE CHARGED THEREIN IS NOT IN EXCESS OF

THE RATE CHARGED PRIVATE INDIVIDUALS.

_____
SUBSCRIBED AND SWORN TO BEFORE ME
THIS 8th, DAY OF March 8, 2006.

_____
NOTARY PUBLIC FOR STATE OF ALASKA

OFFICIAL SEAL
TRACY ANNE RESSLER
NOTARY PUBLIC-STATE OF ALASKA
My Comm. Expires March 23, 2007

#8705

Exhibit  1
Page  1  of  2  pages

NOTICE OF: United States of America v. U.S. Currency, $6,324.40 held in Wells Fargo Bank Account No. 1013062045, $3,413.63 held in Enstar Natural Gas Co. Account No. 5870158, & $507.52 held in First National Bank Alaska Account No. 70127683, Case No. A05-267 CV (JKS)

To all interested persons in the above-styled case, notice is hereby give that on November 14, 2005, the United States of America filed in action pursuant to 21 U.S.C. 881(a)(6) and 28 U.S.C. 1345 and 1355, for the forfeiture of $93,000 in U.S. Currency, $6,324.40 Held in Wells Fargo Bank Account No. 1013062045, $3,413.63 held in Enstar Natural Gas Co. Account No. 5870158 & $507.52 held in First National Bank Alaska Account No. 70127683.

Pursuant to 18 U.S.C. 983 (a)(4), all persons claiming an interest in this property must file a claim asserting such interest in the manner set forth in the Supplemental Rule C for Certain Admiralty and Maritime Claims, not later than 30 days after the final publication of this notice, or service of the Government's complaint for forfeiture, whichever is earlier. The claim shall identify the interest or right in the property and be signed by the claimant under penalty of perjury. All persons asserting an interest in the property shall also file an answer to the Government's complaint not later than 20 days after the date of the filing of the claim.

All such claims and answers must be filed with the Office of the Clerk, United States District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, Alaska 99513-7564, with a copy thereof sent to assistant United States Attorney, James Barkley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, Alaska, 99513-7567.

FRI#8705
Publish: February 21, 28, March 7, 2006

Exhibit 1
Page 2 of 2