# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| U.S.A. | A05-267 CV (JKS) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $93,000 in U.S. Currency, et Al. | Publication |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Frontiersman

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1261 S. Seward Meridian Road, Wasilla, AK 99654 / 352-2250

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Katie Voke
U.S. Attorney's Office
222 W. 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567

Number of process served with this Form: 1
Number of parties to served in this case:
Check for service on U.S.A.

RECEIVED APR 24 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please publish the attached Notice of Forfeiture in the Above-Referenced Newspaper once a week for 3 consecutive weeks.

CATS Asset ID#s:
05-DEA-449714    05-DEA-449758
05-DEA-449770    05-DEA-449781

Signature of Attorney or other Originator requesting service on behalf of:
Katie Voke

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (907) 271-2304
DATE: 1/17/06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 2/1/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 3/30/06    Time: 4:50 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:**

Publication Dates: Feb. 21, 28 & March 7, 2006.

Published in the Frontiersman.

**PRIOR EDITIONS MAY BE USED**     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

# **Frontiersman**

*Growing with the Valley since 1947.*

| | | |
|---|---|---|
| 5751 East Mayflower Court | | Wasilla, AK 99654 |
| (907) 352-2250 | (907) 694-6318 | (907) 352-2277 Fax |

### AFFIDAVIT OF PUBLICATION

UNITED STATES OF AMERICA, STATE OF ALASKA, THIRD DIVISION

BEFORE ME, THE UNDERSIGNED, A NOTARY PUBLIC, THIS DAY

PERSONALLY APPEARED BEFORE **SUZANNE ICKES** WHO, BEING FIRST

DULY SWORN, ACCORDING TO LAW, SAYS THAT SHE IS THE

LEGAL AD CLERK OF THE **FRONTIERSMAN** PUBLISHED AT

WASILLA, IN SAID DIVISION THREE AND STATE OF ALASKA AND

THAT THE ADVERTISEMENT, OF WHICH THE ANNEXED IS A TRUE

COPY, WAS PUBLISHED ON THE FOLLOWING DAYS:

**February 21, 28 March 7, 2006**

AND THAT THE RATE CHARGED THEREIN IS NOT IN EXCESS OF

THE RATE CHARGED PRIVATE INDIVIDUALS.

*Suzanne Ickes*
SUBSCRIBED AND SWORN TO BEFORE ME
THIS 8th, DAY OF March 8, 2006.

*[signature]*
NOTARY PUBLIC FOR STATE OF ALASKA

OFFICIAL SEAL
TRACY ANNE RESSLER
NOTARY PUBLIC-STATE OF ALASKA
My Comm. Expires March 23, 2007

#8705

NOTICE OF: **United States of America v. $93,000.00 in U.S. Currency, $6,324.40 held in Wells Fargo Bank Account No. 1013062045, $3,413.63 held in Enstar Natural Gas Co. Account No. 5870158, & $507.52 held in First National Bank Alaska Account No. 70127683. Case No. A05-267 CV (JKS)**

To all interested persons in the above-styled case, notice is hereby give that on November 14, 2005, the United States of America filed in action pursuant to 21 U.S.C. 881(a)(6) and 28 U.S.C. 1345 and 1355, for the forfeiture of $93,000 in U.S. Currency, $6,324.40 Held in Wells Fargo Bank Account No. 1013062045, $3,413.63 held in Enstar Natural Gas Co. Account No. 5870158 & $507.52 held in First National Bank Alaska Account No. 70127683.

Pursuant to 18 U.S.C. 983 (a)(4), all persons claiming an interest in this property must file a claim asserting such interest in the manner set forth in the Supplemental Rule C for Certain Admiralty and Maritime Claims, not later than 30 days after the final publication of this notice, or service of the Government's complaint for forfeiture, whichever is earlier. The claim shall identify the interest or right in the property and be signed by the claimant under penalty of perjury. All persons asserting an interest in the property shall also file an answer to the Government's complaint not later than 20 days after the date of the filing of the claim.

All such claims and answers must be filed with the Office of the Clerk, United States District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, Alaska 99513-7564, with a copy thereof sent to assistant United States Attorney, James