# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF U.S.A. | COURT CASE NUMBER 3:05-CV-267-JKS |
|---|---|
| DEFENDANT $93,000.00 in US Currency, et Al. | TYPE OF PROCESS Personal Service |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

MICHAEL LEE HAMILTON

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT**

RECEIVED
APR 24 2006
CLERK U.S. DISTRICT COURT

SEND NOTICE:

KATIE VOKE
United States Attorney's Office
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve the attached Notice of forfeiture on the above-referenced individual via U.S. Certified Mail, Return Receipt Requested.

CATS ID #'s:
05-DEA-449714   05-DEA-449758
05-DEA-449770   05-DEA-449781

| Signature of Attorney or other Originator requesting service on behalf of: Katie Voke /s/ Katie Voke | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (907) 271-2304 | DATE 1/17/06 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 2/1/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address (complete only if different than shown above) | Date of Service | Time | am / pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: Mailed on 2/16/06 - Certified mail #7001 2510 0000 4255 6668.

Returned undeliverable. See attachment.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |

