

**U.S. Department** **Justice**

**United States Attorney**
**District of Alaska**

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253     Commercial: (907) 271-5071
Anchorage, Alaska 99513-7567           Fax Number: (907) 271-2344

January 26, 2006

WILLIAM P. BRYSON
Law Office of William P. Bryson
1014 W. 7th Avenue
Anchorage, AK 99501

Re:   United States v. $93,000.00 in United States Currency, et al.
      Case No. 3:05-cv-267-JKS
      Notice of Judicial Forfeiture

Dear Mr. Bryson:

Please accept the attached Notice of judicial forfeiture in the above-referenced case, on behalf of your client, John R. Shook.

Thank you.

DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney

*Katie Voke*

KATIE VOKE
Asset Forfeiture Attorney

/Encl.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   WILLIAM P. BRYSON
   Law Office of William P. Bryson
   1015 West 7th Avenue
   Anchorage, AK 99501

2. Article Number
   (Transfer from service label)      7001 2510 0002

PS Form 3811, August 2001       Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature   X ____   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  *m Baker*   C. Date of Delivery  1/31/06
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise

BRYSO15   995 N1
NOTIFY SENDER OF
:WILLIAM P BRYSON
0000 A ST STE 000
ANCHORAGE AK 9950
BC: 99503404075

Exhibit __2__
Page __1__ of __2__ pages

NOTICE OF:

<u>UNITED STATES OF AMERICA v. $93,000.00 IN U.S. CURRENCY, $6,324.40 HELD IN WELLS FARGO BANK ACCOUNT NO. 1013062045, $3,413.63 HELD IN ENSTAR NATURAL GAS CO. ACCOUNT NO. 5870158, & $507.52 HELD IN FIRST NATIONAL BANK ALASKA ACCOUNT NO. 70127683</u>
Case No. A05-267 CV (JKS)

To all interested persons in the above-styled case, notice is hereby given that on November 14, 2005, the United States of America filed an action pursuant to 21 U.S.C. § 881(a)(6) and 28 U.S.C. §§ 1345 and 1355, for the forfeiture of $93,000.00 IN U.S. CURRENCY, $6,324.40 HELD IN WELLS FARGO BANK ACCOUNT NO. 1013062045, $3,413.63 HELD IN ENSTAR NATURAL GAS CO. ACCOUNT NO. 5870158, & $507.52 HELD IN FIRST NATIONAL BANK ALASKA ACCOUNT NO. 70127683.

Pursuant to 18 U.S.C. § 983(a)(4), all persons claiming an interest in this property must file a claim asserting such interest in the manner set forth in the Supplemental Rule C for Certain Admiralty and Maritime Claims, not later than 30 days after the final publication of this notice, or service of the Government's complaint for forfeiture, whichever is earlier. The claim shall identify the interest or right in the property and be signed by the claimant under penalty of perjury. All persons asserting an interest in the property shall also file an answer to the Government's complaint not later than 20 days after the date of the filing of the claim.

All such claims and answers must be filed with the Office of the Clerk, United States District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, Alaska 99513-7564, with a copy thereof sent to Assistant United States Attorney, James Barkeley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, Alaska 99513-7567.

Exhibit 2
Page 2 of 2 pages