

U.S. Department of Justice

United States Attorney
District of Alaska

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253    Commercial: (907) 271-5071
Anchorage, Alaska 99513-7567         Fax Number: (907) 271-2344

April 3, 2006                    SENT VIA U.S. CERTIFIED MAIL

JOHN ROBERT SHOOK
P.O. Box 520651
Big Lake, AK 99652-0651

Re:   United States v. $93,000.00 in U.S. Currency, $6,324.40 in U.S. Currency Held in Wells
      Fargo Bank Account No. 1013062045, $3,413.63 in U.S. Currency Held in Enstar Natural
      Gas Account No. 5870158, and $507.52 in U.S. Currency Held in First National Bank
      Account No. 70127683
      U.S. District Court (D. Alaska), Case No. 3:05-cv-267-JKS
      Notice of Forfeiture Proceedings

Dear Mr. Shook:

Please accept the attached Notice of forfeiture regarding the above-referenced case.

Thank you.

DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney

*Katie Voke*

KATIE VOKE
Asset Forfeiture Attorney

/Encl.

Exhibit ___5___
Page __1__ of __3__ pages

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7001 2510 0002 1406 3796

| | | |
|---|---|---|
| Postage | $ | .39 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.64 |

Sent To: JOHN ROBERT SHOOK
Street, Apt. No.;
or PO Box No. P.O. BOX 520651
City, State, ZIP+4 BIG LAKE, AK 99652-0651

NOTICE OF:

<u>UNITED STATES OF AMERICA v. $93,000.00 IN U.S. CURRENCY, $6,324.40 HELD IN WELLS FARGO BANK ACCOUNT NO. 1013062045, $3,413.63 HELD IN ENSTAR NATURAL GAS CO. ACCOUNT NO. 5870158, & $507.52 HELD IN FIRST NATIONAL BANK ALASKA ACCOUNT NO. 70127683</u>
Case No. A05-267 CV (JKS)

To all interested persons in the above-styled case, notice is hereby given that on November 14, 2005, the United States of America filed an action pursuant to 21 U.S.C. § 881(a)(6) and 28 U.S.C. §§ 1345 and 1355, for the forfeiture of $93,000.00 IN U.S. CURRENCY, $6,324.40 HELD IN WELLS FARGO BANK ACCOUNT NO. 1013062045, $3,413.63 HELD IN ENSTAR NATURAL GAS CO. ACCOUNT NO. 5870158, & $507.52 HELD IN FIRST NATIONAL BANK ALASKA ACCOUNT NO. 70127683.

**Pursuant to 18 U.S.C. § 983(a)(4)**, all persons claiming an interest in this property must file a claim asserting such interest in the manner set forth in the Supplemental Rule C for Certain Admiralty and Maritime Claims, not later than 30 days after the final publication of this notice, or service of the Government's complaint for forfeiture, whichever is earlier. The claim shall identify the interest or right in the property and be signed by the claimant under penalty of perjury. All persons asserting an interest in the property shall also file an answer to the Government's complaint not later than 20 days after the date of the filing of the claim.

All such claims and answers must be filed with the Office of the Clerk, United States District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, Alaska 99513-7564, with a copy thereof sent to Assistant United States Attorney, James Barkeley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, Alaska 99513-7567.

Exhibit 5
Page 2 of 3 pages



Exhibit 5
Page 3 of 3 pages