DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cv-267-JKS |
|---|---|---|
| Plaintiff, | ) ) ) | **APPLICATION FOR ENTRY OF DEFAULT** |
| v. | ) ) | |
| $93,000.00 IN UNITED STATES CURRENCY, $6,324.40 HELD IN WELLS FARGO BANK ACCOUNT NUMBER 1013062045, $3,413.63 HELD IN ENSTAR NATURAL GAS COMPANY ACCOUNT NUMBER 5870158, AND $507.52 HELD IN FIRST NATIONAL BANK ALASKA ACCOUNT NUMBER 70127683, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

    Plaintiff United States of America, by and through counsel, applies to the Court for

entry of default in favor of the United States and against claimants Michael L. Hamilton and

John R. Shook, and against all those persons and entities claiming an interest in the defendant property in this case, for failure to plead, answer, or otherwise defend, as required by law.

This application is based on the record and file in this case and the attached affidavit.

DATED this 12th day of May, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy
of the foregoing APPLICATION FOR ENTRY OF DEFAULT
and proposed ENTRY OF DEFAULT were sent via U.S. Mail
this 12th day of May, 2006, to:

| | |
|---|---|
| MICHAEL LEE HAMILTON | JOHN ROBERT SHOOK |
| 9345 Sun Valley Drive | 9345 Sun Valley Drive |
| Wasilla, AK 99654 | Wasilla, AK 99654 |

s/James Barkeley