IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cv-267-JKS |
| | ) | |
| Plaintiff, | ) | **ENTRY OF DEFAULT** |
| | ) | |
| v. | ) | |
| | ) | |
| $93,000.00 IN UNITED STATES CURRENCY, $6,324.40 HELD IN WELLS FARGO BANK ACCOUNT NUMBER 1013062045, $3,413.63 HELD IN ENSTAR NATURAL GAS COMPANY ACCOUNT NUMBER 5870158, AND $507.52 HELD IN FIRST NATIONAL BANK ALASKA ACCOUNT NUMBER 70127683, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

WHEREAS the notice of this forfeiture action has been published in the Frontiersman on February 21, 28, and March 7, 2006;

AND WHEREAS according to the record in this case and the affidavit of counsel for the plaintiff, said claimants have failed to answer or otherwise defend in said action as required by said notice and provided by the Federal Rules of Civil Procedure and the Supplemental Rules for Certain Admiralty and Maritime Cases;

AND WHEREAS according to the record in this case and the affidavit of counsel for the plaintiff, no other persons or entities have pled or otherwise defended in said action as required by said notice and provided by the Federal Rules of Civil Procedure and the Supplemental Rules for Certain Admiralty and Maritime Cases;

IT IS THEREFORE ORDERED, on request of counsel for plaintiff, the DEFAULT is hereby entered of claimants Michael L. Hamilton and John R. Shook, and of all persons and entities claiming an interest in the defendant property, excluding those who have filed claims and answers pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Cases or complaints in intervention in the above-captioned case.

DATED: 5/12/2006

```
                              Ida Romack
                              ─────────────────────────
                              Clerk of Court

                         By:  Dan Maus
                              ─────────────────────────
                              Deputy Clerk
```