DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:05-cv-267-JKS |
| Plaintiff, | **MOTION FOR DECREE OF FORFEITURE** |
| v. | |
| $93,000.00 IN UNITED STATES CURRENCY, $6,324.40 HELD IN WELLS FARGO BANK ACCOUNT NUMBER 1013062045, $3,413.63 HELD IN ENSTAR NATURAL GAS COMPANY ACCOUNT NUMBER 5870158, AND $507.52 HELD IN FIRST NATIONAL BANK ALASKA ACCOUNT NUMBER 70127683, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 55 and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, plaintiff United States of America respectfully moves this Court for entry of a decree of forfeiture against the defendant

property, $93,000.00 IN UNITED STATES CURRENCY, $6,324.40 HELD IN WELLS FARGO BANK ACCOUNT NUMBER 1013062045, $3,413.63 HELD IN ENSTAR NATURAL GAS COMPANY ACCOUNT NUMBER 5870158, AND $507.52 HELD IN FIRST NATIONAL BANK ALASKA ACCOUNT NUMBER 70127683 ("Defendant Currency").  Said motion is supported by the previously filed Verified Complaint for Forfeiture (docket 1) and <u>In Rem</u> Warrant of Arrest signed by Magistrate Judge John D. Roberts, and the attached Declaration of Counsel.  A proposed decree of forfeiture is submitted herewith.

Respectfully submitted this 15th day of May, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing APPLICATION FOR ENTRY OF DEFAULT and proposed ENTRY OF DEFAULT were sent via U.S. Mail this 15th day of May, 2006, to:

| | |
|---|---|
| MICHAEL LEE HAMILTON<br>9345 Sun Valley Drive<br>Wasilla, AK 99654 | JOHN ROBERT SHOOK<br>9345 Sun Valley Drive<br>Wasilla, AK 99654 |

s/James Barkeley