DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cv-267-JKS |
| | ) | |
| Plaintiff, | ) | **NOTICE REGARDING EXHIBITS** |
| | ) | **TO DECLARATION IN SUPPORT** |
| v. | ) | **OF MOTION FOR DECREE OF** |
| | ) | **FORFEITURE** |
| $93,000.00 IN UNITED STATES | ) | |
| CURRENCY, $6,324.40 HELD IN | ) | |
| WELLS FARGO BANK ACCOUNT | ) | |
| NUMBER 1013062045, $3,413.63 | ) | |
| HELD IN ENSTAR NATURAL GAS | ) | |
| COMPANY ACCOUNT NUMBER | ) | |
| 5870158, AND $507.52 HELD IN | ) | |
| FIRST NATIONAL BANK ALASKA | ) | |
| ACCOUNT NUMBER 70127683, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW plaintiff United States of America, by and through counsel, and hereby

submits the attached Exhibits 1 through 6 to the Declaration of Counsel in Support of Motion

for Decree of Forfeiture (docket 30), which was filed today.

DATED this 15th day of May, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy
of the foregoing NOTICE and attached Exhibits were sent via
U.S. Mail this 15th day of May, 2006, to:

MICHAEL LEE HAMILTON          JOHN ROBERT SHOOK
9345 Sun Valley Drive          9345 Sun Valley Drive
Wasilla, AK 99654             Wasilla, AK 99654

s/James Barkeley