

**Jermain Dunnagan & Owens, P.C.**
LAW OFFICES

| | | |
|---|---|---|
| WILLIAM K. JERMAIN | DIANE F. VALLENTINE | ERIC J. BROWN |
| CHARLES A. DUNNAGAN | W. MICHAEL STEPHENSON | SARAH J. JOSEPHSON |
| BRADLEY D. OWENS | ANDREA L. STONE | RAYMOND E. GOAD, JR. |
| RANDALL G. SIMPSON | EUGENIA G. SLEEPER | MICHELLE L. BOUTIN |
| HOWARD S. TRICKEY | MARK P. MELCHERT | CHERYL MANDALA |
| GARY C. SLEEPER | | CAROLINE P. WANAMAKER |
| SAUL R. FRIEDMAN | | |

3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503-4097

TELEPHONE (907) 563-8844
FAX (907) 563-7322
E-MAIL info@jdolaw.com

SERVING ALASKANS SINCE 1976

January 31, 2006

Jim Barkeley
Assistant U.S. Attorney
U.S. Department of Justice
U.S. Attorney's Office
222 W. 7th Avenue, #9, Room 353
Anchorage, AK 99513-7567

   Re:   Hamilton and Shook – Civil Forfeiture/Criminal Indictment

Dear Jim:

Thank you for speaking with me on Monday, January 30, 2006. This will confirm an informal agreement to stay proceedings in the civil forfeiture and criminal indictment actions involving Hamilton and Shook, former clients of Bill Bryson. I understand the duration of the stay is through March 12, and that on Monday, March 13, you may proceed with the civil and criminal actions. Well before then, Hamilton and Shook should have counsel contact you on their behalf. This will also confirm that you offered a deal to Mr. Bryson and there is some question as to whether or not the terms of that deal had ever been effectively communicated to the clients.

As I informed you on the phone, Mr. Hamilton came in and picked up all the files and left with a number of recommendations for lawyers to represent he and Mr. Shook. I have had no further communication with them and do not know if they have yet retained new counsel.

Thank you very much for your attention to this.

                                 Sincerely,

                                 JERMAIN, DUNNAGAN & OWENS, P.C.

                                 Charles A. Dunnagan

CAD\jrg

   cc:   Michael Hamilton
         John Shook

Exhibit 3
Page 1 of 1 pages