## PROOF OF SERVICE BY PERSONAL DELIVERY

On _4-28-06_ (date), I, DEA Special Agent _SOLEK_, personally delivered the attached Notice of Forfeiture regarding <u>United States v. $93,000.00 in U.S. Currency, et al.</u>, Case No. 3:05-cv-267-JKS, to:

**JOHN R. SHOOK** at _9345 SUN VALLEY DR_ (physical address).
_PALMER, AK_

_[signature]_

Special Agent
Drug Enforcement Administration

WITNESSED
_[signature]_ TFO

I, JOHN R. SHOOK, hereby declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on _____ (date) at the above-referenced address.

_REFUSED TO OPEN DOOR, WOULD NOT ACCEPT NOTICE._

JOHN R. SHOOK

Exhibit __6__
Page __1__ of __2__ pages

NOTICE OF:

<u>UNITED STATES OF AMERICA v. $93,000.00 IN U.S. CURRENCY,
$6,324.40 HELD IN WELLS FARGO BANK ACCOUNT NO. 1013062045,
$3,413.63 HELD IN ENSTAR NATURAL GAS CO. ACCOUNT NO. 5870158, &
$507.52 HELD IN FIRST NATIONAL BANK ALASKA ACCOUNT NO. 70127683</u>
Case No. A05-267 CV (JKS)

To all interested persons in the above-styled case, notice is hereby given that on November 14, 2005, the United States of America filed an action pursuant to 21 U.S.C. § 881(a)(6) and 28 U.S.C. §§ 1345 and 1355, for the forfeiture of $93,000.00 IN U.S. CURRENCY, $6,324.40 HELD IN WELLS FARGO BANK ACCOUNT NO. 1013062045, $3,413.63 HELD IN ENSTAR NATURAL GAS CO. ACCOUNT NO. 5870158, & $507.52 HELD IN FIRST NATIONAL BANK ALASKA ACCOUNT NO. 70127683.

Pursuant to 18 U.S.C. § 983(a)(4), all persons claiming an interest in this property must file a claim asserting such interest in the manner set forth in the Supplemental Rule C for Certain Admiralty and Maritime Claims, not later than 30 days after the final publication of this notice, or service of the Government's complaint for forfeiture, whichever is earlier. The claim shall identify the interest or right in the property and be signed by the claimant under penalty of perjury. All persons asserting an interest in the property shall also file an answer to the Government's complaint not later than 20 days after the date of the filing of the claim.

All such claims and answers must be filed with the Office of the Clerk, United States District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, Alaska 99513-7564, with a copy thereof sent to Assistant United States Attorney, James Barkeley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, Alaska 99513-7567.

Exhibit 6
Page 2 of 2 pages